# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JAIME MORENO,

       Plaintiff,

v.                              Case No:  6:18-cv-1055-Orl-40GJK

WUDSON FENELON and W&G
MAINTENANCE CORPORATION,

       Defendants.

_____/

## ORDER

This cause is before the Court on the Parties' Amended Joint Motion for Settlement Approval of Settlement and Dismissal (Doc. 22) filed on November 21, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of Non Objection to the Court's Report and Recommendation (Doc. 24) was filed on December 3, 2018, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 27, 2018 (Doc. 23), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Parties' Amended Joint Motion for Settlement Approval of Settlement and Dismissal (Doc. 22) is **GRANTED**.

3. The case is **DISMISSED with prejudice**.

4.      The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on December 4, 2018.


PAUL G. BYRON
UNITED STATES DISTRICT JUDGE


Copies furnished to:

Counsel of Record
Unrepresented Parties